IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BETTY KIBAT**                                                                           **PLAINTIFF**

         **v.**              Civil No. 06-5071

**WYETH a/k/a WYETH, INC.,
and WYETH PHARMACEUTICALS, INC.**                             **DEFENDANTS**

### O R D E R

Now on this 16th day of May, 2006, comes on for consideration defendant's **Consent Motion For An Extension Of Time To Answer** (document #2), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and defendant's time to respond to the Complaint of the plaintiff is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

    **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE**